UNITED STATES of America, Appellee

v.

ZHENLI YE GON, also known as
Charley Ye, also known as
Zhenli Ye, Appellant.

No. 08–3028.

United States Court of Appeals,
District of Columbia Circuit.

July 2, 2008.

Rehearing En Banc Denied July 30, 2008.

Teresa A. Wallbaum, Mary Elissa Mo-
gavero, U.S. Department of Justice, Crimi-
nal Division, NDDS, Washington, DC, for
Appellee.

Ning Ye, Law Office of Ning Ye, Flush-
ing, NY, for Appellant.

BEFORE: GINSBURG, RANDOLPH,
and KAVANAUGH, Circuit Judges.

## JUDGMENT

PER CURIAM.

This appeal was considered on the rec-
ord from the United States District Court
for the District of Columbia, the memoran-
da filed by the parties, appellant's supple-
ment, the response thereto, and the reply;
and the motion for oral argument. The
court has determined that the issues pre-
sented occasion no need for an opinion.
*See* Fed. R.App. P. 36; D.C.Cir. Rule
36(b). It is

**ORDERED** that the motion for oral
argument be denied. It is

**FURTHER ORDERED AND AD-
JUDGED** that the district court's order of
detention be affirmed. The district court
did not clearly err in concluding that no
condition or combination of conditions
would reasonably assure the safety of the
community in the event of appellant's re-
lease. *See United States v. Smith,* 79 F.3d
1208, 1211 (D.C.Cir.1996) (per curiam).
Further, to the extent appellant challenges
the district court's Speedy Trial Act deter-
mination, this claim is not appropriate for
interlocutory review. *See United States v.
Mehrmanesh,* 652 F.2d 766, 768–69 (9th
Cir.1980); *see also U.S. v. Brizendine,* 659
F.2d 215, 222 (D.C.Cir.1981). Assuming
the length of Gon's pretrial confinement is
reviewable on this appeal, he has not es-
tablished a due process violation. *See e.g.,
U.S. v. El–Gabrowny,* 35 F.3d 63, 64 (2nd
Cir.1994) (pretrial detention for over 18
months, which was expected to last total of
27 months before conclusion of trial, did
not violate the suspect's due process
rights, in light of importance and complexi-

ty of the case); *United States v. Gelfuso,* 838 F.2d 358, 359 (9th Cir.1988) (10–month detention did not offend the due process).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P 41(b); D.C.Cir. Rule 41.